**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRIAN WHITAKER, ) | CV 18-1360-RSWL-E |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| BOP FIGAT7TH LLC, a ) | |
| Delaware Limited Liability ) | |
| Company; CALIFORNIA PIZZA ) | |
| KITCHEN, INC., a Delaware ) | |
| Corporation; and DOES 1-10, ) | |
| ) | |
| Defendants. ) | |

**WHEREAS,** this Court **GRANTED** Defendants BOP FIGAT7TH LLC and California Pizza Kitchen, Inc.'s ("Defendants") Motion for Summary Judgment [23] as to Plaintiff Brian Whitaker's ("Plaintiff") ADA claim; **DISMISSED WITHOUT PREJUDICE** to refiling in state court Plaintiff's remaining cause of action under the Unruh Civil Rights Act; and **DENIED as MOOT** Plaintiff's Motion for Partial

Summary Judgment [25] as to the Unruh Act claim,

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that judgment is entered in favor of Defendants as to Plaintiff's ADA claim, in accordance with this Court's previous Order granting Defendants' Motion for Summary Judgment. As no defendants remain in this Action, and Plaintiff's only other claim has been dismissed without prejudice to refiling in state court, this Action is closed.

**IT IS SO ORDERED.**

DATED: March 6, 2019        s/ RONALD S.W. LEW

                                        **HONORABLE RONALD S.W. LEW**
                                        Senior U.S. District Judge